```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YOKODA COMPANY LTD. et al.,                     :
                                                :     ORDER
                        Plaintiffs,             :     08 Civ. 8678 (SAS) (GWG)
                                                :
        -v.-                                    :
                                                :
ROJAY WORLD FREIGHT INC. et al.,                :
                                                :
                        Defendants.             :
-------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     The Court will hold a conference between the attorney for plaintiffs and Driven Courier & Transportation Services, Inc. to discuss whether there is any potential for a settlement of this matter in lieu of the Court ruling on plaintiffs' planned request for a default judgment.

     The conference will take place on May 5, 2009, at 3:00 p.m., in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Please be sure to arrive a few minutes early so that the conference may begin on time.

     At this conference, Judge Gorenstein will act as a mediator, attempting to help the parties reach agreement on the disposition of this case

     The parties are encouraged to send confidential letters to the Court prior to the conference outlining their position in this case. If sent, the letters must be kept confidential and will not be admissible in any court proceeding. Copies of these letters must also be sent to the other side and should arrive at least three business days before the conference.

     The Court's Standing Order In Pro Se Cases Referred for Settlement is enclosed. Please note that, under paragraph 5, the date of this conference may be changed, if necessary, by contacting the Deputy Clerk, Sylvia Gonzalez ((212) 805-4260), to determine an alternative date for which the Court is available for a rescheduled court appearance. The requesting party should then contact all other parties to determine their availability for that date. <u>The requesting party must then make a written request to the Court for an adjournment by letter stating the date and time that is being requested.</u> The letter, which may be sent by fax, must be sent to all parties and include a statement as to the other parties' positions on the change in date. The conference is not adjourned unless the parties are thereafter informed by the Court that the written application has been granted.

    The Court requires that each party or counsel confirm with the other parties or counsel that all persons appearing on the case are aware of the date of the conference. If any party is aware of a party to this case not listed below who should be present at the conference, please contact Ms. Gonzalez immediately at (212) 805-4260.

    SO ORDERED.

Dated: April 7, 2009
   New York, New York

                      GABRIEL W. GORENSTEIN
                      United States Magistrate Judge

Copies mailed to:

David Louis Mazaroli
Law Offices of David L. Mazaroli
11 Park Place, Suite 1214
New York, NY 10007

George Plummer, President
Driven Courier & Transportation Services, Inc.
727 Woodland Estate Drive
Baldwin, New York 11510

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

## Standing Order In <u>Pro Se</u> Cases Referred for Settlement to Magistrate Judge Gabriel W. Gorenstein

**Judge Gorenstein has ordered the parties to adhere to the following procedures:**

1. Settlement conferences are strictly confidential.

2. Judge Gorenstein will act as a mediator, attempting to help the parties reach agreement on terms of settlement. This process requires that all parties be both prepared for the conference and honest with the Court. The Judge will hold only one settlement conference.

3. At the settlement conference, all parties will be given the opportunity to make a brief presentation (5-10 minutes) summarizing the case. The presentation should be simple and straightforward. Clients represented by attorneys are encouraged to speak if they wish to do so.

4. Following the presentations, the Judge will meet separately and privately with each side. In these meetings, the parties and their counsel must reveal to the Judge their final positions on settlement.

5. The date of the settlement conference may be changed. The parties are required to seek a change in the date of the conference if a change would permit exchange of information that one side believes is necessary. To seek a change in date, the party should first contact the Deputy Clerk, Sylvia Gonzalez, at (212) 805-4260 to determine an alternate available date and time. The party should thereupon consult with all other parties as to their availability on such date. The party must thereafter make a written application to the Judge by letter (which may be sent by fax) requesting a new date that is available for the Judge and agreed to by all parties. The conference is not adjourned unless counsel are thereafter informed by the Court that the written application has been granted.

6. <u>Even though a settlement conference has been scheduled, all deadlines and other obligations in the case remain in effect.</u>